UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEROME A. PORTER-BEY, | 1:10-cv-00891-LJO-MJS (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 2) |
| v. | and |
| HARLEY G. LAPPIN, et al., | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY USP LEWISBURG |
| Defendants. | |
| _____ / | |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action by making monthly payments in the amount of twenty percent of the preceding month's income credited to his prison trust account. USP Lewisburg is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed in forma pauperis is GRANTED;

1 **2. The Warden of USP Lewisburg or his designee shall collect payments from**
2 **plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding**
3 **month's income credited to the prisoner's trust account and shall forward those payments to the**
4 **Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28**
5 **U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the**
6 **Court. The payments shall be clearly identified by the name and number assigned to this action.**

7 3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's
8 in forma pauperis application on the Warden of USP Lewisburg at USP Lewisburg, Attn: Inmate Trust
9 Account, 2400 Robert F. Miller Drive, Lewisburg, PA  17837.

10 4. The Clerk of the Court is directed to serve a copy of this order on the Financial
11 Department, U.S. District Court, Eastern District of California, Fresno Division.

12 5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a
13 certified copy of his prison trust account statement for the six-month period immediately preceding the
14 filing of the complaint, if plaintiff has not already done so.

17 IT IS SO ORDERED.
18 Dated:    June 14, 2010                         /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE